NOV 04 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No 25-CR- 10030 |
| v. | ) ) ) | |
| DEREK S. LOPEZ, | ) ) | VIO: Title 18, United States Code, Section 871 |
| Defendant. | ) ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Threat Against the President)

On or about October 27, 2025, at Woodford County, in the Central District of Illinois and elsewhere,

**DEREK S. LOPEZ,**

defendant herein, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, among other things, that "I'm gonna kill Donald Trump, idgaf."

All in violation of title 18, United States Code, Section 871.

A True Bill,

Redacted



FOREPERSON

Redacted

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
DJK